**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| K.A., a minor, by and through her *Guardian ad Litem* MAYRA P., <br><br> Plaintiff, <br><br> v. <br><br> CLINICA SIERRA VISTA, a Federally Qualified Health Center; DMITRI DE LA CRUZ, M.D. in his individual capacity; KATHLEEN KALFMAN; in her official capacity; and the UNITED STATES OF AMERICA, a governmental entity, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:21-cv-01105-EPG <br><br> JUDGE: Hon. Jennifer L. Thurston <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Having considered the joint stipulation submitted by the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT:

1) Claim One under the Federal Tort Claims Act is DISMISSED without prejudice.

2) The United States of America is DISMISSED without prejudice.

///

///

///

- 1 -

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT

3) This action is REMANDED to Fresno County Superior Court pursuant to 28 U.S.C. § 1447(c).

4) The Clerk of Court is directed to terminate all open motions and close this case.

IT IS SO ORDERED.

Dated: __**February 11, 2022**__   /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE